Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-07-00764-CR

Roy **VILLEGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-7197
Honorable Catherine Torres-Stahl, Judge Presiding

Opinion by:   Catherine Stone, Justice

Sitting:   Alma L. López, Chief Justice
           Catherine Stone, Justice
           Sandee Bryan Marion, Justice

Delivered and Filed:   September 10, 2008

AFFIRMED

A jury found Roy Villegas guilty of possession of a controlled substance, heroin, in an amount of at least one gram but less than four grams. The trial court sentenced Villegas as a habitual offender to fifty years of confinement in the Texas Department of Criminal Justice, Institutional Division. We affirm.

Villegas's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concludes that the appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).

A copy of counsel's brief was delivered to Villegas, who was advised of his right to examine the record and to file a pro se brief. No pro se brief has been filed. After reviewing the record, we agree that the appeal is frivolous and without merit. The judgment of the trial court is therefore affirmed. Furthermore, we grant counsel's motion to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Catherine Stone, Justice

DO NOT PUBLISH